NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LOWELL NEAL ABRAMS, DOC #672486,  )
                                  )
            Appellant,            )
                                  )
v.                                )        Case No. 2D18-2716
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____)

Opinion filed June 14, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.


PER CURIAM.


            Affirmed.


BLACK, SALARIO, and BADALAMENTI, JJ., Concur.